## U.S. Bankruptcy Court
## District of Massachusetts

In Re:                                            Case No: 16-13535 MSH
                                                  Chapter   13

     Mark G. Glaser

         Debtor


### Order of Dismissal


     Due to the failure of the Debtor to comply with the Court's Order of 9/14/16, the Debtor having failed to file all the required documents timely, it is hereby ordered that the above-entitled case be and hereby is DISMISSED.


Date:   September 30, 2016

_____
          Bankruptcy Judge


c:     Debtor
       Debtor's counsel
       Trustee