UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re: Mark G. Glaser	Chapter: 13
Debtor,	Case No: 16-13535

*US BANKRUPTCY COURT*
*2016 OCT 3 PM 1 55*

## MOTION TO EXTEND TIME TO FILE SCHEDULES A-J, CHAPTER 13 PLAN, STATEMENT OF FINANCIAL AFFAIRS AND OTHER MISSING DOCUMENTS

To the HONORABLE MELVIN S. HOFFMAN, U.S. Bankruptcy Judge:

Now comes Mark G. Glaser, Debtor in the above-named case ("Debtor"), pro se, and moves the Court to allow him until October 12, 2016, to file the Schedules A-J, Chapter 13 Plan, Statement of Financial Affairs and other missing documents (the "Bankruptcy Documents"). In support of this Motion, the Debtor represents as follows:

1. On September 14, 2016, the Debtor filed a Chapter 13 Voluntary Petition.

2. The Debtor has a 1/3 beneficial interest in his late mother's home in Pennsylvania, which is currently in foreclosure and a skeletal filing was necessary due to a scheduled auction the following day.

3. The Debtor is seeking to obtain additional information from his creditors that is required to accurately complete the remaining documentation.

4. The Debtor believes that he only needs two additional weeks to complete the remaining documents and will work diligently during this time.

WHEREFORE, the Debtor prays for an Order allowing him until October 12, 2016 to file the Schedules A-J, Chapter 13 Plan, Statement of Financial Affairs and other documents.

Dated: September 28, 2016	Respectfully submitted,

*Also filed electronically 9/28*

/s/ Mark G. Glaser
Mark G. Glaser
97 River Road
Merrimac, MA 01860
(978) 457-1313