**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Mark G. Glaser<br>            Debtor, | Chapter: 13<br>Case No: 16–13535<br>Judge Melvin S. Hoffman |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **Debtor, Mark G. Glaser,** was entered on 9/30/16 .

Date:10/17/16                                                                By the Court,

                                                                             Cynthia Martin
                                                                             Deputy Clerk
                                                                             617–748–5332

22